UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-25148-CIV-MARTINEZ/OTAZO-REYES

BENZO RUDNIKAS,

    Plaintiff,

vs.

NOVA SOUTHEASTERN UNIVERSITY, INC.,
    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion for Sanctions, (ECF No. 53). Magistrate Judge Otazo-Reyes filed a Report and Recommendation recommending that the Motion be denied. (ECF No. 94). The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation (ECF No. 91) is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Defendant's Motion for Sanctions (ECF No. 53) is **DENIED**.[1]

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of February, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record

---

[1] Consistent with Judge Otazo-Reyes's recommendation, the Court warns Plaintiff, through his counsel, that similar conduct like the one he has exhibited against Defendant and Defendant's counsel in the past will not be tolerated in the future and may lead to the imposition of sanctions.