UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 19-25148-CIV-MARTINEZ/OTAZO-REYES

BENZO RUDNIKAS,

    Plaintiff,

vs.

NOVA SOUTHEASTERN UNIVERSITY, INC.,

    Defendant.
_____/

## ORDER

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation Defendant's Motion for Sanctions, (ECF No. 71). Judge Otazo-Reyes filed a Report and Recommendation recommending that the Motion be granted in part. (ECF No. 150). On August 2, 2021, the Court granted in part Defendant's Motion in Limine, which precludes Plaintiff from introducing documents that were responsive to Defendant's requests for production but were not produced in compliance with Judge Otazo-Reyes's orders. (*See* ECF No. 153). Accordingly, it is,

**ORDERED AND ADJUDGED** that Defendant's Motion for Sanctions, (ECF No. 71), is **DENIED AS MOOT** in light of the Court's Order on Defendant's Motion in Limine, (ECF No. 153). Judge Otazo-Reyes's Report and Recommendation, (ECF No. 150), is rendered **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of August, 2021.

                                            _____
                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record